UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOODVIEW FINANCIAL REAL ESTATE, INC.,<br><br>       Plaintiff,<br><br>  v.<br><br>SHARLA MILLENDER, et al.,<br><br>       Defendants. | Case No. 15-cv-05593-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING REMAND TO STATE COURT**<br><br>Re: Dkt. No. 7 |

The Court has reviewed Magistrate Judge Westmore's Report and Recommendation Re Remand to State Court. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that this case is remanded to the Alameda County Superior Court and the Clerk is ordered to close the case file.

**IT IS SO ORDERED.**

Dated: February 2, 2016

HAYWOOD S. GILLIAM, JR.
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOODVIEW FINANCIAL REAL ESTATE, INC., <br><br>Plaintiff, <br><br>v. <br><br>SHARLA MILLENDER, et al., <br><br>Defendants. | Case No.  15-cv-05593-HSG <br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 2, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Terral  Whitfield
25826 Clear Springs Court
Castro Valley, CA 94552


Dated: February 2, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Nikki D. Riley, Deputy Clerk to the
Honorable HAYWOOD S. GILLIAM, JR.